IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEALTHNESS LLC,** | CASE NO. 2:23-cv-00084-JRG |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **FOSSIL GROUP, INC.,** | |
| Defendant. | |

## JOINT MOTION TO DIMISS

Now come Plaintiff, Healthness LLC, and Defendant, Fossil Group, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby move this Court to dismiss all claims against Defendant Fossil Group, Inc. WITH PREJUDICE and all counterclaims against Plaintiff Healthness LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: April 19, 2023

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Andrew S. Curfman*
Andrew S. Curfman
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, OH 44718-3684
Telephone: 330-244-1174
Facsimile: 330-244-1173
andrew.curfman@sswip.com

**Counsel for Plaintiff
Healthness LLC**

FISH & RICHARDSON P.C.

/s/ Ricardo J. Bonilla
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Aaron Pirouznia
Texas Bar No. 24098958
Sarika Patel
Texas Bar No. 24073520
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
pirouznia@fr.com
patel@fr.com

**Counsel for Defendant Fossil Group, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on April 19, 2023.

/s/ Andrew S. Curfman
Andrew S. Curfman