IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEALTHNESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> FOSSIL GROUP, INC., <br><br> *Defendant*. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00084-JRG |

### ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Healthness LLC ("Plaintiff") and Defendant Fossil Group, Inc. ("Defendant"). (Dkt. No. 13.) In the Motion, Plaintiff and Defendant request that this court dismiss all claims against Defendant with prejudice, and dismiss all counterclaims against Plaintiff without prejudice. (Dkt. No. 13 at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**, and all counterclaims by Defendant against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorney's fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE